UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TAD TAYLOR, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00999-SDJ-AGD |
| | § | |
| v. | § | |
| | § | |
| HOFFMANN-LA ROCHE INC., | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Report, (Dkt. #16), recommends that *pro se* Plaintiff Tad Taylor's claims be dismissed without prejudice for failure to prosecute. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 26th day of March, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE